Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−13358−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kathleen H. Palmer
   724 Midstreams Road
   Brick, NJ 08724

Social Security No.:
   xxx−xx−5426

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      8/9/23
Time:      02:00 PM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
George E Veitengruber III, Debtor's Attorney,

COMMISSION OR FEES
fee: $3000.00

EXPENSES
expenses: $110.00

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 7, 2023
JAN:

                                            Jeanne Naughton
                                            Clerk

Case 22-13358-MBK    Doc 40    Filed 07/09/23    Entered 07/10/23 00:15:40    Desc Imaged
Certificate of Notice    Page 2 of 4

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 22-13358-MBK

Kathleen H. Palmer                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Jul 07, 2023  Form ID: 137  Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathleen H. Palmer, 724 Midstreams Road, Brick, NJ 08724-4552 |
| 519565153 | + | Ocean County Sheriff's Office, 120 Hooper Avenue, Toms River, NJ 08753-7606 |
| 519565155 | + | Sortis Financial, P.O. Box 52238, Idaho Falls, ID 83405-2238 |
| 519658199 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 07 2023 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 07 2023 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519565149 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 07 2023 20:59:11 | CitiMortgage, P.O. Box 6243, Sioux Falls, SD 57117-6243 |
| 519565150 | ^ | MEBN | Jul 07 2023 20:47:54 | FCI Lender Services, P.O. Box 28720, Anaheim, CA 92809-0157 |
| 519565151 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 07 2023 20:52:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519565154 | + | Email/Text: dnj@pbslaw.org | Jul 07 2023 20:52:00 | Pluese, Becker & Saltzman LLC, 20000 Horizon Way, #900, Mount Laurel, NJ 08054-4318 |
| 519653267 | ^ | MEBN | Jul 07 2023 20:46:32 | Revolve Capital Group, LLC, c/o FCI Lender Services, Inc., PO Box 27370, Anaheim Hills, CA 92809-0112 |
| 519565152 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 07 2023 20:51:00 | NJ Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Revolve Capital Group, LLC, c/o FCI Lender Services, P. O. Box 27370, Anaheim Hills, CA 92809-0112 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 07, 2023 | Form ID: 137 | Total Noticed: 12 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 09, 2023         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Revolve Capital Group  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| George E Veitengruber, III | on behalf of Debtor Kathleen H. Palmer bankruptcy@veitengruberlaw.com  knapolitano15@gmail.com |
| Jennie Shnayder | on behalf of Creditor Revolve Capital Group  LLC jennie@shnayderlawfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6